## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TAMARA OGIER, Trustee for the Bankruptcy Estate of Brittany Dakota Bosley, Case No. 20-70664-SMS,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL FOLLIES, INC. d/b/a CHEETAH,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO.: 1:21-cv-2421-ELR |

### DEFENDANT'S SECOND AMENDED NOTICE OF DEPOSITION OF BRITTANY DAKOTA BOSLEY

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, laying all other business aside, YOU ARE HEREBY COMMANDED to personally be and appear for deposition, on **Wednesday, March 9, 2022,** beginning at **9:00 a.m.**, to be held virtually via Zoom conferencing, before the officer there present who is duly authorized by law to take depositions by stenographic means. You shall then and there be sworn as a witness to give a deposition on oral examination by counsel for Defendant for the purpose of discovery and for all other purposes permitted by law. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that

day, the deposition will continue daily at the same time and place until completed.

This 9th day of February, 2022.

                                      **SCHULTEN WARD TURNER & WEISS, LLP**

                                       */s/ Andrea L. Pawlak*
Andrea L. Pawlak, Georgia Bar No. 142541
SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
a.pawlak@swtwlaw.com
***Counsel for Defendant International Follies, Inc. d/b/a the Cheetah***

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this filing complies with the requirements of Local Rule 5.1B (Times New Roman, 14 point) and that I have this day served a copy of the within and foregoing **Defendant's Second Amended Notice of Deposition of Brittany Bosley** upon counsel of record by CM/ECF which will cause a copy to be served electronically upon all counsel of record.

This 9th day of February, 2022.

        **SCHULTEN WARD TURNER & WEISS, LLP**

        */s/ Andrea L. Pawlak*
        Andrea L. Pawlak, Georgia Bar No. 142541
        *Counsel for Defendants International Follies, Inc.*
        *d/b/a Cheetah*

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
a.pawlak@swtwlaw.com