## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TAMARA OGIER, Trustee for the
Bankruptcy Estate of Brittany Dakota
Bosley, Case No. 20-70664-SMS, and
BRITTANY DAKOTA BOSLEY,

     Plaintiffs,

v.

INTERNATIONAL FOLLIES, INC. D/B/A
CHEETAH,

     Defendant.

Civil Action File No.
1:21-cv-2421-VMC

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant International Follies, Inc. d/b/a Cheetah ("Cheetah") hereby

submits its Motion for Summary Judgment on all claims asserted by Plaintiffs

Tamara Ogier, Trustee for the Bankruptcy Estate of Brittany Dakota Bosley, Case

No. 20-70664-SMS ("Trustee") and Brittany Dakota Bosley ("Bosley") (together

"Plaintiffs") in this matter.

This is a Fair Labor Standards Act ("FLSA") case. Bosley worked as a dancer

at Cheetah from November 8, 2019 until March 18, 2020 (COVID-19 closure) then

from June 8, 2020 until February 3, 2022.

Plaintiffs do not allege that Bosley made less than the minimum wage.

Plaintiffs concede that Bosley had notice of Cheetah's use of the tip credit under the FLSA and the tip pool to which dancers contribute 10% of their tips to be divided between bouncers and disc jockeys ("DJs"). Plaintiffs further concede that DJs were properly included in the tip pool.

Instead, Plaintiffs allege that (1) bouncers were not properly included in the tip pool and (2) other tips Bosley paid or purportedly paid to bouncers and house moms violated the FLSA. During her deposition, Bosley, through her counsel, clarified that: "[T]here is no tip pooling allegation in this case. So there's been no allegation that the house moms were participating in a tip pool." Bosley Tr. 90:19-23.

As set forth fully in the brief in support and statement of undisputed facts, being submitted by Cheetah contemporaneously herewith, there are no genuine issues of material fact, and Plaintiffs' claims fail as a matter of law. Cheetah respectfully requests that the Court **GRANT** summary judgment in favor of Cheetah on all of the claims in this matter.

Respectfully submitted this 20th day of May, 2022.

SCHULTEN WARD TURNER & WEISS, LLP

*/s/ Andrea L. Pawlak*
Andrea L. Pawlak, Georgia Bar No. 142541
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700

Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
a.pawlak@swtwlaw.com
*Counsel for Defendant International Follies, Inc.*
*d/b/a Cheetah*

## <u>CERTIFICATE OF COMPLIANCE AND SERVICE</u>

I hereby certify that this filing complies with the requirements of Local Rule 5.1C (Times New Roman, 14 point) and that I have this day served a copy of the within and foregoing **Defendant's Motion For Summary Judgment** upon counsel of record by CM/ECF which will cause a copy to be served electronically upon all counsel of record.

So certified this 20th day of May, 2022.

SCHULTEN WARD TURNER & WEISS, LLP

*/s/ Andrea L. Pawlak*
Andrea L. Pawlak, Georgia Bar No. 142541
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
a.pawlak@swtwlaw.com
*Counsel for Defendant International Follies, Inc.*
*d/b/a Cheetah*